UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MILLER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No.  24-cv-01988-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Richard Seeborg for consideration of whether the case is related to *Collins et al. v. Apple Inc.*, 3:24-cv-01796-RS.

**IT IS SO ORDERED.**

Dated: April 5, 2024

_____
RITA F. LIN
United States District Judge